IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| City of West Des Moines, Iowa,<br><br>    Plaintiff,<br><br>vs.<br><br>Philadelphia Indemnity Insurance Company,<br><br>    Defendant.<br><br>Bernard Feldman, Ava Feldman, and the Bernard M. Feldman Revocable Trust,<br><br>    Intervenors. | Civil Action No.  23-cv-00466<br><br>Joint Status Report of the<br>City of West Des Moines, Iowa and<br>Philadelphia Indemnity Insurance Company |

Pursuant to the Text Order for Joint Status Report dated January 29, 2025, Plaintiff City of West Des Moines, Iowa ("City") and Philadelphia Indemnity Insurance Company submit a list of proposed matters to be discussed during the status conference:

1. The City's Motion for Summary Judgment is fully briefed and pending. Oral argument was not requested but can be scheduled if the Court believes it would be helpful. The ruling on the City's Motion for Summary Judgment may reduce the number the issues for trial.

2. The parties anticipate filing Motions in Limine by March 3, 2025.

3. The Intervenors' participation in trial.

| | |
|---|---|
| Date: February 13, 2025 | Respectfully submitted, |

/s/Jeffrey A. Stone
Jeffrey A. Stone            AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street, S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email:  jstone@simmonsperrine.com
*Attorneys for Plaintiff City of West Des Moines*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to parties of record:

Carol Smith
Dysart Taylor Cotter McMonigle & Brumitt, PC
700 W. 47th Street, Suite 410
Kansas City, MO 64112
*Attorneys for Philadelphia Indemnity Insurance Company*

Jon A. Vasey
Elverson Vasey
700 Second Avenue
Des Moines, IA 50309
*Attorneys for Philadelphia Indemnity Insurance Company*

David J. Hellstern
Michael J. Streit
Jeffery P. Schultz
Andrew G. Carlson
Sullivan & Ward, PC
6601 Westown Parkway, Suite 200
West Des Moines, IA 5026
*Attorneys for Intervenors*

/s/Jeffrey A. Stone